UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RASHEED C. ECHOLS,

        Plaintiff,

v.

DAN STITES, *et al.*,

        Defendants.

Case No. C17-0262-RAJ

ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The Court, having reviewed plaintiff's amended complaint, defendants' motion for summary judgment, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the remaining record, hereby finds and ORDERS:

(1)     The Report and Recommendation is approved and adopted;

(2)     Defendants' motion for summary judgment (Dkt. 19) is GRANTED;

(3)     Plaintiff's amended complaint (Dkt. 9) and this action are DISMISSED with prejudice; and

/ / /

ORDER GRANTING DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT - 1

(4) The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to Judge Theiler.

DATED this 26th day of March, 2018.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT - 2